UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL A. DECOLOGERO, : | CIVIL ACTION NO. 3:20-1852 |
| Petitioner : | |
| v. : | (JUDGE MANNION) |
| WARDEN SCOTT FINLEY, : | |
| Respondent : | |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: April 28, 2022
20-1852-01-ORDER